IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ANTONIO SOTO, <br><br> Plaintiff, <br><br> v. <br><br> M. HERNANDEZ, et al., <br><br> Defendants. | NO. CV 23-6722-JGB (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Report.

IT IS ORDERED as follows:

(1) Defendant Hernandez's motion to dismiss the failure to protect and retaliation claims in his individual capacity is DENIED;

(2) Defendant Hernandez's motion to dismiss the conditions of confinement claims (hot meal and mattress deprivations) and Fourteenth Amendment claim in his individual capacity is GRANTED WITH LEAVE TO AMEND;

1

(3) Defendant Montoya's motion to dismiss all claims against him in his individual capacity is GRANTED WITH LEAVE TO AMEND;

(4) All official capacity claims are DISMISSED WITHOUT LEAVE TO AMEND; and

(5) Defendants' motion to dismiss based on failure to exhaust claims is DENIED WITHOUT PREJUDICE to their ability to file a motion for summary judgment.

On January 30, 2025, Plaintiff filed a document entitled "Plaintiff's Amended (1st) Complaint Relating Back to Initial Complaint Per This Court's Order." Dkt. No. 23. According to this document, Plaintiff "amends/removes any and all named defendants in their official capacity(s)" and "proceeds in the action against M. Hernandez in that Defendant's individual capacity. Plaintiff removes any 'official' capacity entirely."

Plaintiff is hereby notified that this case will proceed against Defendant Hernandez in his individual capacity based on the failure-to-protect and retaliation claims only. Plaintiff need not file a First Amended Complaint if these are the claims he wishes to pursue.

If Plaintiff wishes to pursue any *other* individual capacity claims against Defendant Hernandez or another individual defendant, he must file a First Amended Complaint within 30 days after entry of this Order that contains all claims that he wishes to pursue against each named defendant in their individual capacity without referring to the original complaint. Again, if Plaintiff does not file a timely First Amended Complaint, this action proceeds against Defendant Hernandez in his individual capacity based on failure-to-protect and retaliation claims only.

The case is referred back to the Magistrate Judge for further proceedings.

DATED: February 13, 2025

JESUS G. BERNAL
United States District Judge

2